206 So.2d 714

**Succession of John J. RAMP, Sr.**

**No. 49072.**

Feb. 19, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.